United States District Court
Southern District of Texas
**ENTERED**
November 14, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 2:16-CR-849 |
| | § | |
| JESSE JAMES RAMOS | § | |

### MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).  The following requires detention of the defendant pending trial in this case:

(1)     There is a serious risk that the defendant will not appear; and

(2)     There is a serious risk that the defendant will endanger the safety of another person or the community.

The defendant is charged in a one count indictment with being a felon in possession of a firearm and ammunition in violation of 18 U.S.C. § 922(g)(1).  The defendant has been indicted, and therefore, the evidence meets the probable cause standard.  The defendant has a lengthy criminal history which includes several instances of non-compliance with court ordered supervision.  For example, the defendant was placed on probation for felony driving while intoxicated (juvenile passenger) on June 25, 2014.  This term of probation was revoked in January 2016 and the defendant was sentenced to 10 months custody.  The offense alleged in the instant federal case was allegedly committed on October 8, 2016, not long after the defendant's release from

custody.  The defendant has persisted in engaging in criminal conduct either while on supervision or shortly after being released from custody.  The defendant is a poor candidate for pretrial release.  The findings and conclusions contained in the Pretrial Services Report are adopted.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 14th day of November, 2016.

_____
Jason B. Libby
United States Magistrate Judge